**CARMEN A. TRUTANICH,** City Attorney (SBN (86629)
**KENNETH T. FONG,** Deputy City Attorney (SBN 140609)
**MICHAEL J. BOSTROM,** Deputy City Attorney (SBN 211778)
Room 701, City Hall East
200 North Main Street
Los Angeles, California 90012
Telephone Number 213.978.8235
Fax Number 213.978.8214
Email:  Michael.Bostrom@lacity.org

Attorneys for Defendant
City of Los Angeles

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| SHOW MEDIA CALIFORNIA, LLC, a California limited liability company, , <br><br>    Plaintiff, <br>    vs. <br> CITY OF LOS ANGELES, a California municipality, <br><br>    Defendant. | Case No.: CV-09-3270 ABC (JWJx) <br><br> **JUDGMENT** |

On June 29, 2009, the City filed a Motion to Dismiss based on, among other things, the argument that Plaintiff proposed signs do not have legal nonconforming status and thus would be banned by the City's Interim Control Ordinance prohibiting new off-site signs.

On November 16, 2009, the Court granted the City's Motion to Dismiss in part. Specifically, the Court dismissed all of the claims in the Complaint except for Plaintiff's 1983 damages claim directed at the old Sign Ordinance. In the course of its ruling, the Court upheld Los Angeles Municipal Code § 91.6216.4.3, which limits the renovation or replacement of an existing sign to "50 percent of the replacement cost of both the sign and sign support structure."

On October 13, 2010, the parties executed a stipulation to dismiss all remaining claims in the Complaint and, on October 15, 2010, the Court signed the order dismissing those claims with prejudice.

Thus, this Court, the Honorable Audrey B. Collins, ORDERS as follows:

1. Plaintiff's claims for injunctive and declaratory relief directed at the old Sign Ordinance and the ICO are dismissed with prejudice.

2. Plaintiff's claims directed at LAMC § 91.6216.4.3 are dismissed with prejudice.

3. Plaintiff's § 1983 damages claims directed at the ICO are dismissed with prejudice.

4. Plaintiff's § 1983 damages claims directed at the old Sign Ordinance are dismissed with prejudice.

5. All stays in the action are dissolved.

The Court further ORDERS that liability and damages having been ruled upon in their entirety, and, there being no claims left to litigate in this action, that this Judgment is the Final Judgment in this action.

Dated: 10/15/2010

_____
Hon. Audrey B. Collins
U.S. DISTRICT COURT JUDGE

M:\Real Prop_Env_Land Use\Land_Use\Land Use\Kenneth Fong\Show Media California\Pleadings\Judgment.doc